**DISMISS and Opinion Filed October 22, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-21-00222-CV
_____

## IN RE CITY OF DALLAS, Relator

**Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-19-00776-A**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Osborne

Relator's April 7, 2021 petition for writ of mandamus challenges the trial court's order compelling relator to produce the personal cell phone records of one of its employees. In its October 20, 2021 motion to dismiss the original proceeding, relator advises us that there is no longer a dispute over the production of the personal cell records at issue because the parties have reached settlement and the trial court has signed a final order dismissing real party in interest's claims with prejudice. Accordingly, we grant the motion and dismiss the petition. *See In re Evans*, 581 S.W.3d 431, 434 (Tex. App.—Texarkana 2019, orig. proceeding) (dismissing

petition for writ of mandamus because matter had become moot). We also lift the stay issued by our April 8, 2021 order.

210222f.p05 /Leslie Osborne/
LESLIE OSBORNE
JUSTICE